ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| CSI Construction Co. Inc. | ) ASBCA No. 63895 |
| | ) |
| Under Contract No. W91364-23-C-0007 | ) |

APPEARANCE FOR THE APPELLANT:       Mr. Heddy M. Richard
                                                              President

APPEARANCES FOR THE GOVERNMENT:   Dana J. Chase, Esq.
                                                                Army Chief Trial Attorney
                                                                MAJ Joshua A. Reyes, JA
                                                                MAJ Brandon P. Mark, JA
                                                                Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  February 20, 2025

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63895, Appeal of CSI Construction Co. Inc., rendered in conformance with the Board's Charter.

Dated:  February 20, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals